FRANCIS, WALTON & WARREN, Plaintiffs in Error, *vs.* BOND & KELLOGG, Defendants in Error.

WRIT OF ERROR TO THE DISTRICT COURT OF RAMSEY COUNTY.

The Plaintiffs below, (Plaintiffs in Error,) claimed judgment against the Defendants for $538, and interest, and upon the trial, obtained a verdict for $86 19. The case comes to this Court upon Writ of Error, and the Plaintiffs' Bill of Exceptions forms part of the record.

No points or authorities are on file, for either party. The minutes of the Court show that the judgment of the Court below was affirmed, but no opinion was filed.